IN RE: LANDRY       CASE NO. 09-13143 B

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    109
60-249 / 433

| Case | Debtor |
|---|---|
| 09-13143-B | LANDRY, RACHEL A. |
| 92003734669266 | |
| COMBINED SMALL CHECK | |

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date  11/09/2011     $ ***********1.56

~~~One Dollar and 56/100

Pay to the Order of  U.S. Bankruptcy Court

*David V. Adler* (signature)
DAVID V. ADLER, Trustee

⑈000000109⑈ ⑆043302493⑆ 9200373466926⑈

---

11/14/11
DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000).
DUE: SEE ATTACHED.

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229338   - KW
** C O P Y **
November 14, 2011
15:51:39

UNC.UNDER$25
09-13143

Debtor.: RACHEL A. LANDRY
Trustee: David Adler
Amount.:              $1.56 CH
Check#.: 109

Total->  $1.56

FROM: ADLER

**David V. Adler,**
Trustee In Bankruptcy
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)

November 9, 2011

R. Marla Hamilton
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: Rachel Landry
　　Case No. 09-13143

Dear Ms. Hamilton,

　　Enclosed, pursuant to Federal Rules of Bankruptcy Procedure 3010(a), please find check (#109) which represents dividend(s) issued to the following creditors.

| Claim No. | Claimant Name(s) | Amount |
|---|---|---|
| 3 | Capital Recovery III, LLC | $ 1.56 |

　　　　　　　　　　　　　Sincerely Yours,

　　　　　　　　　　　　　*David V. Adler*

　　　　　　　　　　　　　David V. Adler, Trustee

cc: Office of U.S.T., w/o enclosure(s)